UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Reginald Batiste,

    Defendant.

_____/

Case: 2:21-cr-20009
Judge: Hood, Denise Page
MJ: Grand, David R.
Filed: 01-06-2021 At 09:36 AM
INDI USA V. BATISTE (DA)

Violations:
18 U.S.C. § 922(g)(1)

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**

**18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm**

On or about September 11, 2020, in the Eastern District of Michigan, defendant, Reginald Batiste, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, that is, one Glock, Model 19, 9mm pistol, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461, any firearm or ammunition involved in said offense.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

MATTHEW ROTH
Chief, Major Crimes Unit

*s/ Erin Ramamurthy*
ERIN RAMAMURTHY
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9788
erin.ramamurthy@usdoj.gov

Dated: January 6, 2021

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove— | Case: 3:20-cr-20009<br>Judge: Cleland, Robert H.<br>MJ: Patti, Anthony P.<br>Filed: 01-08-2020 At 05:20 PM<br>INDI USA VS SHOWERS (DP) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accu—

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: ELR |

**Case Title:** USA v. Reginald Batiste

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- based upon prior complaint [**Case number:** 20-mj-30420]

### Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

   **Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

January 6, 2021
Date

Erin Ramamurthy
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
erin.ramamurthy@usdoj.gov
(313) 226-9788
Bar #: P81645

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.